## ADAM OSORIA *v.* COMMISSIONER OF CORRECTION
## (AC 30805)

Flynn, C. J., and Beach and Robinson, Js.

Submitted on briefs March 23—officially released April 6, 2010

Per Curiam. The appeal is dismissed.

## TROY MOZELL *v.* COMMISSIONER OF CORRECTION
## (AC 30439)

Harper, Beach and Robinson, Js.

Argued March 17—officially released April 6, 2010

Per Curiam. The judgment is affirmed.

## LESTER MCHOLLAND *v.* COMMISSIONER
## OF CORRECTION
## (AC 30701)

Gruendel, Alvord and Pellegrino, Js.

Argued March 22—officially released April 13, 2010

Per Curiam. The judgment is affirmed.